```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                        Criminal No. 10-cr-177-JD

Dennis R. Cookish


O R D E R

     Dennis R. Cookish, proceeding pro se, has filed a motion to clarify the terms of his sentence, which was imposed by judgment entered on April 11, 2011, and amended as to restitution payments on November 13, 2012.  Cookish argues that Hampshire House Comprehensive Sanction Center, where Cookish is currently housed, has misinterpreted his sentence to impose restrictions on his access to computers.  In particular, Cookish wants the court to order Hampshire House to allow him access to Manchester Public Library, which has been prohibited, he represents, because of the availability of unsupervised computers.

     The court declines to alter or amend the conditions set forth in the sentence.  Those conditions are administered by Cookish's supervisors, and he may seek such administrative remedies as may exist.

## Conclusion

For the foregoing reasons, the motion to clarify (document no. 22) is denied.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

June 27, 2013

cc:   Dennis Cookish, pro se